IN THE UNITED STATES District Court
FOR THE
WESTERN District of Missouri
Western Division

The United States of America in The Western District of Missouri (Plaintiff)

v.

Luis Gallegos
D/O/B/ 9/11/1981 (Defendant)

CS# 4:11-cr-00138 DW

Request for relief
Motion to release Counsel due to Ineffective Assistance of Counsel.

Now Comes Luis Gallegos (Defendant) in forma de pauparis persona and pro see on this day of Nov. 18, 2011.

## JURISDICTIONAL STATEMENTS

1. I Luis Gallegos have been Confined under the Custody of the United States Marshalls Since June 7th 2011 without bond and/or interruption at the St. Clair County Jail in Osceola, Missouri.

2. IN Which my attorney has decided not review thoroughly with me; Documents of Discovery neither has he hearkened to the duties that I have

requested of him with the concerns of my case and at this point I feel like I'm being cohersed into plending guilty to a charge that I am not guilty of

3. To be clear, I understand that I am not at liberty to choose my own public defender however I am entitled to legitimate Councel to stand on my behalf. As this is the first time that I have faced the Federal Court System and I take the current charges very seriously.

4. With this understanding, I am declaring to the Court that "I" am and "will" continue making every effort to work with the prosecution to expedite this process within a timely fashion and to cover responsibility for my actions and involvement but I have no intention to plending to a charge that I am not guilty of.

5. Therefore due to this trust issue concerning this attorney and client arrangement. I am asking the court to reassign my to another attorney of public Counsel and an extension of 120-180 days

So that the incoming Counsel may have enough time to go over my case and to have enough time to go over it with me.

Respectfully Submitted this 18th day of November 2011.

Luis Gallegos
Signed

Copies provided for the following below Service and administration

A. Charles E. Ambrose Jr  400 E 9th Street Ste #500
   United States Attorney  Kansas City, MO.
   64106

b. Magistrate Judge Robert E Larsen
   Federal Court House

C. Gabriel A Domjan  4971 B N.E. Goodview Circle
   Defendants Attorney  Lee's Summit MO
   64064