IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 11-00138-01-CR-W-DW

LUIS ENRIQUE GALLEGOS

AUSA: Charles E. Ambrose, Jr.
Defense Atty.: Gabriel A. Domjan (released)

| JUDGE | **Robert E. Larsen**<br>United States Magistrate Judge | DATE AND TIME | **November 30, 2011**<br>10:15 - 10:21 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Terri Moore | TAPE/REPORTER | FTR/T. Moore |
| INTERPRETER | Marcela Renna | PRETRIAL/PROB: | |

## CLERK'S MINUTES

### ATTORNEY APPOINTMENT HEARING

Parties present in person and with counsel to discuss defendant's request for appointment of new counsel. At a change of plea hearing before Judge Whipple on 11/22/11, defendant requested new counsel be appointed (and did not go through with the change of plea). Judge Whipple released current counsel and referred the matter to this Court. Defendant filed a formal motion for appointment of new counsel on 11/23/11 (doc. no. 33). Defendant was sworn and examined as to his financial ability to employ counsel. The information was recorded on an Affidavit of Financial Status. The Court will appoint a private attorney to represent defendant. Separate ORDER to be entered. Defendant returned to custody of U.S. Marshal. Court adjourned.