IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                    Plaintiff,

-vs-                                                      Case No. 11-00138-01-CR-W-DW

LUIS ENRIQUE GALLEGOS,

                    Defendant.

_____

ORDER APPOINTING
CRIMINAL JUSTICE ACT COUNSEL


The above-named defendant, having appeared before the United States Magistrate Judge

on November 30, 2011  and having testified under oath and made an affidavit as to his/her

financial ability to employ counsel, the United States Magistrate Judge finds that the defendant is

financially unable to obtain counsel and defendant not having waived counsel, it is

ORDERED that **David S. Bell, Wyrsch, Hobbs & Mirakian, PC, 1000 Walnut Street,**

**Suite 1000, Kansas City, MO 64106, (816) 221-0080**, be, and is hereby, appointed to represent

the defendant before the United States Magistrate Judge and in all proceedings thereafter unless

and until relieved by order of the United States District Court for the Western District of

Missouri.


                                        /s/ Robert E. Larsen
                                        ROBERT E. LARSEN
                                        UNITED STATES MAGISTRATE JUDGE


Kansas City, Missouri
November 30, 2011